[Civil No. 1044. Filed January 14, 1908.]

## J. S. PALMERLEE, Appellant, v. ELWELL MINING COMPANY, a Corporation, Appellee.

APPEAL from a judgment of the District Court of the Second Judicial District, in and for the County of Cochise. Fletcher. M. Doan, Judge.

Pickett & Bowman, for Appellee.

Affirmed on short transcript.

[Civil No. 1026. Filed January 23, 1908.]

## TUCSON GAS, ELECTRIC LIGHT AND POWER COMPANY, a Corporation, Appellant, v. Mrs. E. E. GOULDING, Appellee.

APPEAL from a judgment of the District Court of the First Judicial District, in and for the County of Pima. John H. Campbell, Judge.

S. L. Kingan, for Appellant.

Appeal dismissed for want of prosecution.